UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| QUINTON EDMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-304 |
| | ) | |
| WARDEN BROOKS L. BENTON, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has directed *pro se* plaintiff Quinton Edmond to supplement his Motion to Proceed *in Forma Pauperis* ("IFP"). *See* doc. 4. That Order directed him to respond no later than January 17, 2023. *See id.* at 1. On February 1, 2023, the Court received the unsigned first page of a supplemental application to proceed IFP. *See* doc. 7 at 1. The submission omits all of the form's questions concerning available funds, the balance in Edmond's prison trust account, and the deposits to that account in the past six months. *Compare* doc. 7 at 1, *with* doc. 2 at 2. It is also not clear whether Edmond's untimely filing might be rendered timely by the "prison mailbox rule." *See, e.g., Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009).

1

Given those issues, the Court will afford Edmond **one final** chance to submit an IFP motion that provides sufficient information to evaluate whether he should be allowed to proceed. If he does so, he must also explain whether he attempted to timely comply with the Court's prior Order. If he did not submit the supplement for mailing before January 20, 2023, he should explain why it was delayed. The Clerk is **DIRECTED** to serve with this Order a blank IFP form for Plaintiff's convenience. Edmond is **DIRECTED** to fill it out completely, sign it, date it, and return it to the Court no later than February 16, 2023. He is advised that failure to submit a timely, complete IFP application will result in dismissal of his case for failing to obey a court order or failure to prosecute. *See* Fed. R. Civ. P. 41(b). **No further opportunities to submit a complete IFP application or extensions will be granted.**

**SO ORDERED,** this 3rd day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA